■ GRANDVIEW CONSTRUCTION CORPORATION, Plaintiff, v. MARIANO LEPORE, Doing Business as ALBANY CEMENT FINISHING COMPANY, et al., Defendants. (Action No. 1.) MARIANO LEPORE, Doing Business as ALBANY CEMENT FINISHING COMPANY, Appellant, v. GRANDVIEW CONSTRUCTION CORPORATION, Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court entered November 18, 1957, properly made? Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of NATHAN BLUMENGARTEN, as Executor of THOMAS A. FAULKES, Deceased. In the Matter of the Estate of THOMAS A. FAULKES, Deceased. CAROLINE E. GEST, as Executive of THOMAS A. FAULKES, Deceased, Appellant; NATHAN BLUMENGARTEN, as Executor of THOMAS A. FAULKES, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted to the extent of staying the enforcement of the order of this court entered November 12, 1957 until the determination by the Court of Appeals of a motion in that court for leave to appeal, provided that the motion papers for such leave be filed on or before April 21, 1958. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ BROOKLYN SOCIETY OF THE NEW CHURCH, Appellant, v. DELROY REALTY CORPORATION, Respondent.— In an action to compel the removal of certain fire balconies and fire escapes which allegedly overhang and enroach on appellant's premises, the appeal is from an order granting respondent's motion to cancel and discharge of record the notice of pendency of action against respondent's real property. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ ELIZABETH G. BURCHELL, Appellant, v. ELBE CAB CORP. et al., Respondents, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from an order denying a preference pursuant to rule 9 of the Kings County Supreme Court Rules. Order reversed, without costs, and preference granted pursuant to said rule. While it is true that, as the learned Justice at Trial Term indicated, the hospital X-ray report, dated four days subsequent to the accident, indicates that appellant had a degenerative process of the spinal discs which may have antedated the accident, the affidavit of her physician made a prima facie showing that such pre-existing injury was aggravated as a consequence of the accident. Under such circumstances, sufficient was indicated to warrant the granting of a preference under the rule. (*Congress* v. *Congress,* 284 App. Div. 807; *Weiner* v. *Kleiner,* 282 App. Div. 1078.) Murphy, Hallinan and Kleinfeld, JJ., concur; Wenzel, Acting P. J., and Beldock, J., dissent and vote to affirm the order.